UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARRY MORGULOFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:14-CV-1065-G |
| BAYLOR HEALTH CARE SYSTEMS | ) | |
| d/b/a BAYLOR REGIONAL MEDICAL | ) | |
| CENTER AT PLANO, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF TRANSFER

This case is hereby **TRANSFERRED** to the docket of the **Honorable Jorge A. Solis**. All future pleadings shall subsequently be filed under case No. **3:14-CV-1065-P**.

**SO ORDERED**.

April 16, 2014.

*[signature: A. Joe Fish]*
**A. JOE FISH**
**Senior United States District Judge**