# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
*Dallas Division*

Barry Morguloff
_____
Plaintiff

v.

BAYLOR HEALTH CARE SYSTEM , et al.
_____
Defendant

3:14-CV-1065-P
_____
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant, Christopher Duntsch, M.D.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Christopher Duntsch, M.D.
Texas Medical Liability Trust

| | |
|---|---|
| Date: | May 23, 2014 |
| Signature: | |
| Print Name: | Douglas R. Lewis |
| Bar Number: | 12275800 |
| Address: | 2777 N. Stemmons Freeway, #1157 |
| City, State, Zip: | Dallas, Texas  75207 |
| Telephone: | (214) 905-2003 |
| Fax: | (214) 905-1213 |
| E-Mail: | dlewis@chambleeryan.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons